In the Matter of EDWARD A. BROWN, an Attorney.— Reference ordered to Hon. John M. Tierney, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of NATHAN ROSENBERG, an Attorney.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

J. J. NEWBERRY COMPANY, Respondent, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KATUGO TRADING CORPORATION, Appellant, v. PROGRESS SAMPLE CARD COMPANY, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DAVID W. NEVINS, Appellant, v. HENRY BRUNING, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DAVID W. NEVINS, Appellant, v. CHARLES B. NEVINS, and CHARLES B. NEVINS, MORRIS LEVIN and CARL MAISEL, as Executors, etc., of DELIA NEVINS, Deceased, Respondents.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES FUCCILLO, Respondent, v. JAMES T. MAXWELL and Others, Individually and as Copartners, etc., Appellants.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $7,652.85; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LUCERNE HOLDING CORPORATION, Appellant, v. HARRY A. TRAUB, Also Known as HARRY TRAUB, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS N. JAMES, as Executor, etc., of FRED S. JAMES, Deceased, Respondent, v. GEORGE W. BLOSSOM, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAY ROGERS, as Administratrix, etc., of ROSE ROGERS, Deceased, Respondent, v. U. E. REALTY CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDWARD DELEN, Respondent, v. JAMES LEONE, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.